1 | THE LAW OFFICES OF STEVEN
C. VONDRAN, P.C.
2 | STEVEN C. VONDRAN (BAR NO. 232337)
steve@vondranlaw.com
3 | 620 Newport Center Drive
Suite 1100
4 | Newport Beach, CA 92660
Telephone: (949) 945-8700
5 | Facsimile: (888) 551-2252

6

7 | Attorney for Defendant(s):
AMERICA'S WHOLESALE LENDER, INC.,
DENNIS L. BELL; AND CHERI B. ENGLISH-BELL
8

### UNITED STATES DISTRICT COURT

9

### CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

11

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-1 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-1, | Case No.: 8:12-cv-01648-CJC-AN |
| | HON. JUDGE CORMAC J. CARNEY |
| | **VERIFIED ANSWER** |
| Plaintiff, | |
| vs. | |
| ROBBIE A. GATES, an individual; JOE L. GATES, an individual; AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; JAN VAN ECK (a/k/a Maurits Van Eck a/k/a Mauritz Van Eck a/k/a Maurice Van Eck), an individual; DENNIS L. BELL, an individual; CHERRI B. ENGLISH, an individual, et al. | |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMES NOW DEFENDANTS AMERICA'S WHOLESALE LENDER, INC.; ("AWLI"), DENNIS L. BELL, ("BELL"); and CHERI B. ENGLISH-BELL erroneously sued as CHERRI B. ENGLISH ("CHERI BELL") (collectively referred to as "Defendant" and/or "Defendants") answering the verified complaint ("complaint") of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST 2006-1 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-1 as follows:

## **RESPONSE TO ALLEGATIONS REGARDING JURISDICTION**

1. In response to the allegations made in paragraph 1 of the complaint,, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegation.

2. In response to the allegations made in paragraph 2 of the complaint,, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegation.

3. In response to the allegations made in paragraph 3 of the complaint,, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegation.

4. In response to the allegations made in paragraph 4 of the complaint, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegation.

5. In response to the allegations made in paragraph 5 of the FAC, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies such allegation.

## RESPONSE TO ALLEGATIONS REGARDING NATURE OF THE ACTION

6. In response to the allegations made in paragraph 6 of the COMPLAINT, Defendants and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

## RESPONSE TO ALLEGATIONS REGARDING THE PARTIES

7. In response to the allegations made in paragraph 7 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

8. In response to the allegations made in paragraph 8 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

9. In response to the allegations made in paragraph 9 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent

as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

10. In response to the allegations made in paragraph 10 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

11. In response to the allegations made in paragraph 11 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

12. In response to the allegations made in paragraph 12 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

13. In response to the allegations made in paragraph 13 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

14. In response to the allegations made in paragraph 14 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

15. In response to the allegations made in paragraph 15 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

16. In response to the allegations made in paragraph 16 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

17. In response to the allegations made in paragraph 17 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

18. In response to the allegations made in paragraph 18 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

ANSWER

### RESPONSE TO ALLEGATIONS REGARDING THE SUBJECT PARTY

19. In response to the allegations made in paragraph 19 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

### RESPONSE TO GENERAL ALLEGATIONS

20. In response to the allegations made in paragraph 20 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

21. In response to the allegations made in paragraph 21 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

22. In response to the allegations made in paragraph 22 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

23. In response to the allegations made in paragraph 23 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

ANSWER

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

24. In response to the allegations made in paragraph 24 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

25. In response to the allegations made in paragraph 25 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

26. In response to the allegations made in paragraph 26 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

27. In response to the allegations made in paragraph 27 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

28. In response to the allegations made in paragraph 28 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

29. In response to the allegations made in paragraph 29 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

30. In response to the allegations made in paragraph 30 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

31. In response to the allegations made in paragraph 31 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

32. In response to the allegations made in paragraph 32 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

33. In response to the allegations made in paragraph 33 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**34.** In response to the allegations made in paragraph 34 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**35.** In response to the allegations made in paragraph 35 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**36.** In response to the allegations made in paragraph 36 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**37.** In response to the allegations made in paragraph 37 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**38.** In response to the allegations made in paragraph 38 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

ANSWER

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**39.** In response to the allegations made in paragraph 39 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**40.** In response to the allegations made in paragraph 40 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**41.** In response to the allegations made in paragraph 41 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**42.** In response to the allegations made in paragraph 42 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**43.** In response to the allegations made in paragraph 43 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

ANSWER

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**44.** In response to the allegations made in paragraph 44 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**45.** In response to the allegations made in paragraph 45 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**46.** In response to the allegations made in paragraph 46 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**47.** In response to the allegations made in paragraph 47 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**48.** In response to the allegations made in paragraph 48 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**49.** In response to the allegations made in paragraph 49 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**50.** In response to the allegations made in paragraph 50 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**51.** In response to the allegations made in paragraph 51 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**52.** In response to the allegations made in paragraph 52 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**53.** In response to the allegations made in paragraph 53 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

ANSWER

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

54. In response to the allegations made in paragraph 54 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

55. In response to the allegations made in paragraph 55 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

56. In response to the allegations made in paragraph 56 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

57. In response to the allegations made in paragraph 57 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

58. In response to the allegations made in paragraph 58 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

59. In response to the allegations made in paragraph 59 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

60. In response to the allegations made in paragraph 60 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

61. In response to the allegations made in paragraph 61 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

62. In response to the allegations made in paragraph 62 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

63. In response to the allegations made in paragraph 63 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

ANSWER

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

64. In response to the allegations made in paragraph 64 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

65. In response to the allegations made in paragraph 65 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

66. In response to the allegations made in paragraph 66 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

67. In response to the allegations made in paragraph 67 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

68. In response to the allegations made in paragraph 68 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

69. In response to the allegations made in paragraph 69 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

70. In response to the allegations made in paragraph 70 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

71. In response to the allegations made in paragraph 71 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

72. In response to the allegations made in paragraph 72 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

73. In response to the allegations made in paragraph 73 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

ANSWER

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

## **RESPONSE TO FIRST CAUSE OF ACTION**

74. In response to the allegations made in paragraph 74 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

75. In response to the allegations made in paragraph 75 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

76. In response to the allegations made in paragraph 76 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

77. In response to the allegations made in paragraph 77 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

78. In response to the allegations made in paragraph 78 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

79. In response to the allegations made in paragraph 79 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

## RESPONSE TO SECOND CAUSE OF ACTION

80. In response to the allegations made in paragraph 80 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

81. In response to the allegations made in paragraph 81 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

82. In response to the allegations made in paragraph 82 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

83. In response to the allegations made in paragraph 83 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

ANSWER

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**84.** In response to the allegations made in paragraph 84 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**85.** In response to the allegations made in paragraph 85 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**86.** In response to the allegations made in paragraph 86 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

## RESPONSE TO THIRD CAUSE OF ACTION

**87.** In response to the allegations made in paragraph 87 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**88.** In response to the allegations made in paragraph 88 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to

remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**89.** In response to the allegations made in paragraph 89 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**90.** In response to the allegations made in paragraph 90 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**91.** In response to the allegations made in paragraph 91 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**92.** In response to the allegations made in paragraph 92 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

ANSWER

## **RESPONSE TO FOURTH CAUSE OF ACTION**

**93.** In response to the allegations made in paragraph 93 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**94.** In response to the allegations made in paragraph 94 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**95.** In response to the allegations made in paragraph 95 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**96.** In response to the allegations made in paragraph 96 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**97.** In response to the allegations made in paragraph 97 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

ANSWER

**98.** In response to the allegations made in paragraph 98 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**99.** In response to the allegations made in paragraph 99 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**100.** In response to the allegations made in paragraph 100 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

**101.** In response to the allegations made in paragraph 101 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

## RESPONSE TO FIFTH CAUSE OF ACTION

**102.** In response to the allegations made in paragraph 102 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

103. In response to the allegations made in paragraph 103 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

104. In response to the allegations made in paragraph 104 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

105. In response to the allegations made in paragraph 105 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

106. In response to the allegations made in paragraph 106 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

107. In response to the allegations made in paragraph 107 of the complaint, Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

## **RESPONSE TO PRAYER FOR RELIEF**

1.  In response to the allegations made in paragraph 1 of the complaint (PRAYER FOR RELIEF), Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

2.  In response to the allegations made in paragraph 2 of the complaint (PRAYER FOR RELIEF), Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

3.  In response to the allegations made in paragraph 3 of the complaint (PRAYER FOR RELIEF), Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

4.  In response to the allegations made in paragraph 4 of the complaint (PRAYER FOR RELIEF), Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-amendment to the United States Constitution and under the California constitution.

5.  In response to the allegations made in paragraph 5 of the complaint (PRAYER FOR RELIEF), Defendants, and each of them, plead and assert their fifth-amendment rights to remain silent as guaranteed under the fifth-

amendment to the United States Constitution and under the California constitution.

## AFFIRMATIVE DEFENSES

Without waiving or excusing Plaintiff's Burden of Proof, or admitting that Defendant's have any burden of proof, Defendants hereby assert the following separate and distinct affirmative defenses to the complaint and claim for relief asserted against Defendants, and each of them, and hereby allege as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

108. The complaint, and each cause of action and request for relief therein, fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Comparative Fault of Third Parties)

109. Defendants are informed and believe and, based thereon, allege, that if Defendants are subjected to any liability to Plaintiffs it will be due, in whole or in part, to the acts, omissions, activities, carelessness, recklessness, negligence, and/or intentional misconduct of others; wherefore, any recovery obtained by Plaintiff against Defendant should be reduced in the proportion to the respective negligence and fault, and legal responsibility of all other parties, persons, and entities, their agents, servants, and/or employees who contributed to and/or caused any such injury and/or damages, in accordance with the law of

comparative negligence; the liability of Defendants, if any, is limited in direct proportion to the percentage of fault actually attributed to it.

### THIRD AFFIRMATIVE DEFENSE

### (Failure to bring action in name of the Real Party in Interest)

110. Defendants are informed and believe and, based thereon, alleges that Plaintiff is not the *real party in interest* to assert and prosecute their claims against Defendants including all causes of action and/or requests for relief set forth in the complaint.

### FOURTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

111. Defendants are informed and believes and, based thereon, alleges that Plaintiff lacks *legal and constitutional standing* to assert and prosecute their claims against Defendants including all causes of action and/or requests for relief set forth in the complaint.

### FIFTH AFFIRMATIVE DEFENSE

### (Intervening/Superseding Causes)

112. Defendants are informed and believes and, based thereon, alleges that the injuries and damages of which Plaintiff complains were proximately caused, or contributed to, by the acts of other parties, persons and/or entities, including other Defendants and/or third parties not named in the suit, or DOE or ROE Defendants, and that said acts and/or omissions were an intervening and

superseding cause of the injuries and damages complained of, if any, which Plaintiff complains, thus barring Plaintiff from any recovery against Defendants.

## SIXTH AFFIRMATIVE DEFENSE

### (Roe Defendant)

113. Defendants are not legally responsible for the acts and/or omissions of those additional parties named and/or to be named as Roes.

## SEVENTH AFFIRMATIVE DEFENSE

### (Assumption of the Risk)

114. Defendants are informed and believes and, based thereon, alleges that Plaintiffs at all times knew of and fully understood the danger and risks incident to acts undertaken by them, but despite such knowledge, freely and voluntarily assumed and exposed themselves to all risks of harm and consequential injuries and damages, if any, resulting therefrom and cannot now seek recovery.

## EIGHTH AFFIRMATIVE DEFENSE

### (Contribution)

115. The injuries and damages, if any, sustained by Plaintiffs at the times and places alleged in the Complaint were a direct and proximate result of the acts, omissions, or negligence of third parties not within the knowledge or control of Defendants.

## NINTH AFFIRMATIVE DEFENSE

### (Indemnification)

116. To the extent Defendants may be liable to Plaintiff, third parties are required to indemnify Defendant.

## TENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights re: Additional Affirmative Defenses)

117. Defendants presently have insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated affirmative defenses available. Defendants reserve herein their right to assert additional defenses in the event that discovery indicates they would be appropriate.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants pray as follows:

1. That Plaintiffs take nothing by way of their Complaint

2. That Defendant's be awarded its attorneys' fees and costs of suit incurred herein

3. For other and further relief as the Court deems just and proper

RESPECTFULLY SUBMITTED

Dated: December 21, 2012            THE LAW OFFICES OF STEVEN C.
                                    VONDRAN, P.C.


                                    By: _____/s/ Steven C. Vondran_____
                                              Steven C. Vondran, Esq.

                                         steve@vondranlaw.com
                                         Attorney representing Defendants
                                         AMERICA'S WHOLESALE
                                         LENDING, INC.; DENNIS L.
                                         BELL; CHERI B. ENGLISH-
                                         BELL;

## **VERIFICATION**

I, *Dennis Bell*, declare (on behalf of defendants AWLI and Bell);

I have read the foregoing answers and affirmative defenses to the verified complaint and believe that the matters stated therein are true and correct.

I declare under penalty of perjury under the laws of the State of California and under the law of the United States of America that the foregoing is true and correct.

Executed on December 21 , 2012 at _____GRAVES COUNTY_____ Kentucky

_____
DENNIS BELL

I, *Cheri English-Bell*, declare;

I have read the foregoing answers and affirmative defenses to the verified complaint and believe that the matters stated therein are true and correct.

I declare under penalty of perjury under the laws of the State of California and under the law of the United States of America that the foregoing is true and correct.

Executed on December 21 , 2012 at _____GRAVES COUNTY_____ Kentucky

_____
CHERI ENGLISH-BELL

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA**
3
**COUNTY OF ORANGE**

4
    I am employed by The Law Offices of Steven C. Vondran. P.C. in the County of
5
Orange, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is 620 Newport Center Drive, Suite 1100,
6
Newport Beach, CA, 92660. I also have an office at 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

7
    On December 21, 2012, I served the foregoing document(s) in the within action,
8
described as:

9
    **DEFENDANT DENNIS L. BELL, AMERICA'S WHOLESALE LENDER,**
**INC., CHERI B. ENGLISH-BELL' ANSWER TO COMPLAINT AND**
10
**AFFIRMATIVE DEFENSES (VERIFIED).**

11
    On the interested parties in this action as follows:

12
## SEE ATTACHED SERVICE LIST

13
[ ]  **BY MAIL:** By placing a true and correct copy thereof enclosed in a sealed
14
envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at
Newport Beach, CA. I am readily familiar with the firm's practice of collection and
15
processing correspondence for mailing. Under that practice it would be deposited with
the U.S. Postal service on the same day with postage thereon fully prepaid at Newport
16
Beach, CA, in the ordinary course of business. I am aware that on motion of the party
served, service is presumed invalid if postal cancellation date or postage meter date is
more than one day after date of deposit for mailing as stated in the affidavit.

17

18
[ ]  **BY OVERNIGHT COURIER:** I served the foregoing document by Federal
Express, an express service carrier which provides overnight delivery, as follows. I
19
placed true copies of the foregoing document(s) in sealed envelopes or packages
designated by the express service carrier, addressed to each interested party as forth
above, with fees for overnight delivery paid or provided for.

20
[ ]  **BY FAX:** By use of a facsimile machine I transmitted a true copy of the
21
foregoing document(s) to the addressee(s) listed above at the facsimile number(s) noted
after the party's address. The transmission was reported as complete and without error.

22
[ ]  **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to
23
the offices of the addressee(s) listed above.

24
[X]  **BY ELECTRONIC SERVICE:** The document will be served upon e-filing,
via the United States District Court-Central District's CM/ECF electronic transfer
25
system which generates a Notice of Electronic Filing (NEF) upon the assigned judge
and any party who is a registered user in the case.

26
[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that
27
the foregoing is true and correct.

28

1    [X] **(Federal)** I declare that I am employed in the office of a member of the bar of this
2    Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

4      Executed on December 21, 2012, at Flagstaff, Arizona

5

6    Dated:      December 21, 2012      THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

7

8                              By:      /s/ Steven C. Vondran
                                       Steven C. Vondran, Esq.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1

## SERVICE LIST (Electronic filing)

2

3

4   **Jeffrey Bradpiece**
    LAW OFFICES OF JEFFREY
5   BRADPIECE
    2780 Skypark Drive
6   Suite 225                              representing    **Joe L Gates**
    Torrance, CA 90505                                     *(Defendant)*
7   310-373-8766
    310-378-9679 (fax)
8   bradpiecelaw3@aol.com

9
    **Randy Chang**
10  The Chang Firm
    7755 Center Avenue Suite 1100
11  Huntington Beach, CA 92647             representing    **Andre Robinson LLC**
    714-916-5295                                           *(Defendant)*
12  866-541-8491 (fax)
    randyc@thechangfirm.com
13

14  **Conrad V Sison**
    Locke Lord LLP
15  300 South Grand Avenue Suite 2600
    Los Angeles, CA 90071                                  **U S Bank National**
16  213-485-1500                          representing    **Association**
    213-485-1200 (fax)                                     *(Plaintiff)*
17  csison@lockelord.com

18
    **Daniel A Solitro**
19  Lock Lord LLP
    300 South Grand Avenue Suite 2600
20  Los Angeles, CA 90071                                  **U S Bank National**
    213-485-1500                          representing    **Association**
21  213-485-1200 (fax)                                     *(Plaintiff)*
    dsolitro@lockelord.com
22

23

24

25

26

27

28

---

PROOF OF SERVICE