1  LOCKE LORD LLP
2  Conrad V. Sison (SBN: 217197)
   csison@lockelord.com
3  Daniel A. Solitro (SBN: 243908)
   dsolitro@lockelord.com
4  Christopher Lee (SBN: 274639)
5  clee@lockelord.com
6  300 South Grand Avenue, Suite 2600
   Los Angeles, California 90071
7  Telephone: 213-485-1500
8  Facsimile: 213-485-1200

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

9  Attorneys for Plaintiff U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
10 BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN
   TRUST 2006-1 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES
11 2006-1 and Third Party Defendant BANK OF AMERICA, N.A.

12            **UNITED STATES DISTRICT COURT**

13        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

15 U.S. BANK NATIONAL ASSOCIATION, ) CASE NO. 8:12-cv-01648-CJC (JPRx)
   AS TRUSTEE, ON BEHALF OF THE    )
16 HOLDERS OF THE HARBORVIEW       ) Hon. Cormac J. Carney
   MORTGAGE LOAN TRUST 2006-1      )
17 MORTGAGE LOAN PASS-THROUGH      )
18 CERTIFICATES, SERIES 2006-1     ) **JUDGMENT**
                                    )
19                                  )
20 Plaintiff,                       ) Complaint Filed: September 28, 2012
                                    ) Trial Date:      June 17, 2014
21 vs.                              )
                                    )
22 ROBBIE A. GATES, et al.,         )
                                    )
23                                  )
24 Defendants.                      )
   _____ )
25                                  )
26 DAVID KANG, an individual; and   )
   AERI KANG, an individual,        )
27                                  )
28 Counterclaimants,                )
   vs.                              )
   _____ )

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1
JUDGMENT

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

| | |
|---|---|
| 1 | ) |
| 2 | U.S. BANK NATIONAL ASSOCIATION, )<br>AS TRUSTEE, ON BEHALF OF THE ) |
| 3 | HOLDERS OF THE HARBORVIEW ) |
| 4 | MORTGAGE LOAN TRUST 2006-1 )<br>MORTGAGE LOAN PASS-THROUGH ) |
| 5 | CERTIFICATES, SERIES 2006-1; ) |
| 6 | all persons unknown, claiming any legal or )<br>equitable right, title, estate, lien or ) |
| 7 | interest in the property described in the ) |
| 8 | complaint/counterclaims adverse to )<br>Counterclaimants' title, or any cloud upon ) |
| 9 | Counterclaimants' title, to the property ) |
| 10 | commonly known as 1803 Vista Lomitas )<br>Drive, Fullerton, California; and ROES 1 ) |
| 11 | through 10, inclusive, ) |
| 12 | ) |
| 13 | Counterdefendants. ) |
| 14 | ) |
| 15 | DAVID KANG, an individual; and )<br>AERI KANG, an individual, ) |
| 16 | ) |
| 17 | Crossclaimants, )<br>vs. ) |
| 18 | ) |
| 19 | ROBBIE A. GATES, et al., )<br>Crossdefendants. ) |
| 20 | ) |
| 21 | DAVID KANG, an individual; and ) |
| 22 | AERI KANG, an individual, ) |
| 23 | Third Party Plaintiffs, ) |
| 24 | ) |
| 25 | vs. ) |
| 26 | BANK OF AMERICA, N.A., ) |
| 27 | et al., ) |
| 28 | Third Party Defendants. ) |

2

JUDGMENT

1      On April 29, 2014, the Court entered an Order Granting U.S. Bank's Motion for

2  Summary Judgment and Bank of America's Motion for Summary Judgment and

3  Denying Defendants' Motion for Summary Judgment.  The Court's Order made the

4  following rulings:

5      1.    The Court GRANTED Plaintiff and Counter-Defendant U.S. Bank

6  National Association, As Trustee, On Behalf Of The Holders Of The Harborview

7  Mortgage Loan Trust 2006-1 Mortgage Loan Pass-Through Certificates, Series 2006-

8  1's ("U.S. Bank") Motion for Summary Judgment for the causes of action for:  (1)

9  cancellation of instruments (First Cause of Action), (2) declaratory relief (Second

10  Cause of Action); and, (3) to quiet title (Third Cause of Action) against Defendants

11  and Counter-Claimants David and Aeri Kang (the "Kangs"), Defendants Robbie A.

12  Gates and Joe L. Gates (together, the "Gates"); and Defendants Dennis Bell and

13  Cherri English.  The Court also GRANTED U.S. Bank's Motion for Summary

14  Judgment on all counterclaims asserted by the Kangs:  (1) to quiet title (First

15  Counterclaim); (2) declaratory relief (Second Counterclaim); (3) cancellation of

16  instruments (Third Counterclaim); and, (4) "good faith improver" (Fourth

17  Counterclaim).

18      2.    The Court GRANTED Cross-Defendant Bank of America, N.A.'s

19  ("Bank of America") Motion for Summary Judgment on each of the Kangs' cross-

20  claims against Bank of America for:  (1) quiet title (First Cause of Action), (2)

21  declaratory relief (Second Cause of Action); and, (3) and cancellation of instruments

22  (Third Cause of Action).

23      3.    The Court DENIED the Kangs' Motion for Summary Judgment in its

24  entirety as against U.S. Bank and Bank of America.

25      The evidence presented having been fully considered, the issues having been

26  duly heard and a decision having been duly rendered, the Court hereby enters

27  JUDGMENT in favor of U.S. Bank on its claims to quiet title, for declaratory relief

28  and cancellation of instruments and on all counterclaims asserted against U.S. Bank

**Locke Lord LLP**
**300 South Grand Avenue, Suite 2600**
**Los Angeles, CA  90071**

3

by the Kangs.

The Court also enters JUDGMENT in favor of Bank of America on all cross-claims asserted by the Kangs against Bank of America.

**IT IS FURTHER ORDERED AND ADJUDGED** that:

1.    The "Substitution of Trustee and Full Reconveyance" recorded on May 27, 2010 in the Official Records of Orange County, California as document number 2010000251009 is *void ab initio*. This document is hereby cancelled and expunged from the title records in the Official Records of Orange County.

2.    U.S. Bank's lien interest in the real property located at 1803 Vista Lomitas Drive, Fullerton, California 92831 (the "Property"), as secured by the Deed of Trust recorded on January 9, 2006 in the Official Records of Orange County, California as document numbers 2006000017065, remains viable, enforceable, and superior to all other liens on the Property.

3.    The Kangs' possession and ownership of the Property is subordinate to the Deed of Trust recorded on January 9, 2006 in the Official Records of Orange County, California as document numbers 2006000017065.

Dated: May 22, 2014

Honorable Cormac J. Carney
United States District Court Judge
For the Central District of California

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

4

JUDGMENT